IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| Edward and Danuta Miskowiec, | ) | |
| | ) | No.: 14-32355 |
| Debtors. | ) | Hon. Timothy A. Barnes |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

BMO Harris Bank N.A. f/k/a Harris Bank Argo ("BMO"), by the undersigned attorney, objects to confirmation of the Chapter 13 Plan filed by the Debtors in the instant case, and in support thereof, states as follows:

1. BMO is a secured creditor of the Debtors by virtue of an Equity Line Credit Agreement and Disclosure (the "Note") executed by the Debtors that is secured by a second mortgage on Debtors' principal residence commonly known as 8142 S. Daniel Drive, Justice IL 60458.

2. The Debtors' Chapter 13 plan proposes to pay BMO $200/month for the ongoing monthly mortgage payments.

3. However, the subject Note matures on March 9, 2015 (mid-Plan), at which time the entire indebtedness will be due and owing[1]. Provision for same must be made in the Debtors' plan. 11 U.S.C. 1322(b)(2).

4. Moreover, the Plan does not propose to pay pre-petition mortgage arrears on the subject loan which are $1,864.92 according to the Proof of Claim.

WHEREFORE, BMO Harris Bank N.A. f/k/a Harris Bank Argo prays that this Court

---

[1] According to the Proof of Claim 3-1 filed on October 23, 2014, the payoff amount is $48,990.64.

enter an Order denying confirmation of the Debtors' Chapter 13 Plan and for any other relief this Court deems just and equitable.

                                        BMO Harris Bank N.A.

                                        By:    /s/ Adham Alaily
                                        One of its attorneys

Adham Alaily
aalaily@ehrenbergeganlaw.com
EHRENBERG & EGAN, LLC
321 N. Clark St., Suite 1430
Chicago, Illinois 60654
(312) 253-8640