## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Edward Miskowiec              )  Chapter 13
        Danuta Miskowiec              )  Case No. 14 B 32355
        Debtor(s)                     )  Judge Timothy A Barnes

## Notice of Motion

Edward Miskowiec                                Debtor Attorney: Vernor Moran LLC
Danuta Miskowiec                                via Clerk's ECF noticing procedures
8142 S Daniel Dr
Justice, IL  60458

> Dirksen Federal Building
> 219 South Dearborn
On January 26, 2015 at 10:00 am, I will appear at the location listed to the right, and present this motion.
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, January 9, 2015.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 09/04/2014.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

4. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

5. The debtor(s) have failed to amend schedule B to list the value of their assets.

6. The confirmation of the debtor's plan has been denied.

7. The debtors have failed to file an amended plan that treats the second mortgage.

8. The debtors have failed to file an amended schedule J to list their property insurance expense.

9. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee            /s/ MARILYN O. MARSHALL
224 S Michigan Ave                          MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312) 431-1300