

165 Bishops Way, Suite 100
Brookfield, Wisconsin 53005
Phone: (262) 790-5719
Fax: (262) 790-5721
jpetermanlegalgroup.com
Illinois · Indiana · Wisconsin

January 16, 2015

Honorable Judge Timothy A. Barnes
United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL 60604

Re: **Edward Miskowiec and Danuta Miskowiec**          CASE NO: 14-32355-TAB-13

Dear Honorable Judge Barnes,

PNC Bank, National Association, its successors, servicing agents, and/or assigns, is notifying the the Court that it is hereby withdrawing the Objection to Confirmation of Plan, filed on October 8, 2014, as docket number 16, which is currently on file with the Court.

We apologize for any inconvenience this may cause, and we thank you for your assistance in closing out this matter.

Sincerely,

/S/ _____
Shannon K. Cummings

J Peterman Legal Group Ltd. is the creditor's attorney and is attempting to collect a debt on its client's behalf, and any information obtained will be used for that purpose.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### (CHICAGO)

| | |
|---|---|
| EDWARD MISKOWIEC and DANUTA MISKOWIEC, | ) Bankruptcy No. 14-32355-TAB ) ) Chapter 13 |
| Debtors, | ) ) |
| EDWARD MISKOWIEC and DANUTA MISKOWIEC, | ) Related To Doc. No. 16 ) |
| Movants, | ) |
| v. | ) ) |
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to National City Bank, successor by merger to MidAmerica Bank Fsb, | ) ) ) ) |
| Respondent, | ) ) |

## CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the Notice withdrawing Objection to Confirmation of Plan upon the following individuals in the manner provided:

**Via First Class Mail on**  16th, 2015

Edward Miskowiec
Danuta Miskowiec
8142 S. Daniel Drive
Justice, Illinois 60458

Marilyn O. Marshall, Esq.
224 South Michigan, Suite 800
Chicago, Illinois 60604

Patrick S. Layng. Esq.
Office of the U.S. Trustee, Region 11
219 s. Dearborn Street, Room 873
Chicago, Illinois 60604

Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive Suite 2000
Chicago, IL 60606-2800

Dated: January 16, 2015

Respectfully submitted,

*Counsel to PNC Bank, National Association*