UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-32355 |
| EDWARD MISKOWIEC & DANUTA MISKOWIEC | ) ) ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of PNC Bank, National Association, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED that the automatic stay is hereby modified so as to not restrain PNC Bank, National Association, from pursuing nonbankruptcy remedies with respect to the property located at: 8142 South Daniel Drive, Justice, IL 60458.

Any Claims and/or Stipulations filed by PNC Bank, National Association, are vacated.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  January 26, 2015

**Prepared by:**

Yanick Polycarpe
ARDC#6237892
PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No:  14-2845